DECIDED DECEMBER 3, 1974.

Curtis Townes, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29411. SIMS v. RICKETTS.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 3, 1974.

Robert L. Sims, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28835. LIVSEY v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed without prejudice. All the Justices concur, except Gunter and Ingram, JJ., who dissent in part.*

DECIDED DECEMBER 5, 1974.

Terry L. Livsey, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.